660 A.2d 511

IN THE MATTER OF STEVEN M. TANNENBAUM,
AN ATTORNEY AT LAW.

July 21, 1995.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court seeking the immediate temporary suspension of **STEVEN M. TANNENBAUM of VOORHEES,** who was admitted to the bar of this State in 1977, for failure to cooperate in an ethics investigation as required by *Rule* 1:20–3(g)(3), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–3(g)(4), **STEVEN M. TANNENBAUM** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court;  and it is further

ORDERED that **STEVEN M. TANNENBAUM** be restrained and enjoined from practicing law during the period of his suspension;  and it is further

ORDERED that **STEVEN M. TANNENBAUM** comply with *Rule* 1:20–20 dealing with suspended attorneys.